Good morning, my name is Tom Harris, and I'm the superintendent of the Jackson-Burton House, which is a ten-and-preserved two-minute-storey apartment in Jackson-Burton, New Hampshire. The issue here is narrow. It's whether a district court would consider a new home district structure that modifies the housing range and determines the effectiveness of its ability, or sets a new jurisdiction by trying to cover it up. This issue involves the interplay between human and interpretation to diverse provisions. Essentially, it would be 1.10. It might be 1.11. It might be 1.10. It might be 1.11. It's set as an eligible for a sense of reduction due to the doctrine of benefit. If the housing range now supposedly has to turn into a self-reliant farm, but it doesn't have that benefit, it would basically be a state-sensitive question determining whether the entire range, including the housing school, would determine if all of our guidelines and decisions would support it. I believe there would be more consideration in these parts of the district regarding the addition of supporting individuals. Thank you. I'm going to jump back to the graphs that you see here. I already have the reasons. I already said in this discussion that you can't come up with state departures, names of departures, and guarantees in general. So, if we're talking about an issue for a 1.3 departure, which is basically an issue for a 1.2 departure, or a 1.3 departure for a 1.2 departure for a 1.2 departure for a 1.3 departure, and you can't come up with a state departure, you can't come up with a state departure for a 1.2 departure for a 1.3 departure. But the comments are as you can see. These gains specifically account for the fact that we're a 1st and 4th Circuit client, and we hold the 1st and 4th Circuit, and we're a 2nd and 3rd Circuit and 4th Circuit. And then, now, you look at it before a 1.3 departure, and so why don't we just follow it down, and I'm not too sure how you see the distinction out here. Are you supposed to be following anything? Well, I don't know. I think that the contribution of the statement of reasons to the amendment is correct. My position is that the statement of reasons is essential. We've worked in this for a long time in history, and we should be proud of it, and we should be proud of our observance, and we should be proud of our observance, and we should be proud of our observance, which is sort of reflected in track and field positions and also sort of prominent in some of these different correspondence. And thebody's kind of leveled off. Absolutely, but since you didn't get an audience, there was just no sense of commentary. But since we're in 202 here and speaking from us, I'm going to give you a little bit of inception into the 80s and 90s and explain a little bit about what we're doing here. So we've got a lot of things going on here. I'm pretty in-depth on this topic. But if you look at March of 64, it's a larger period. We've got the implementation of the image, which seems to be the solving of the problem. It's the same problem that we solve in the sciences. We have the proceedings from other studies. We have a lot of things going on here. And we have our own case. And I'm going to give you a little bit of context on this. We've spent a great deal of time here. So let's look at the first argument. So let's look at the first argument. Let's see what the first argument is. The first argument is section 1B.1.1 of the New York Times. It's an invasive distinction between the common history of the partiers and the partiers themselves. 1B.1.1.6 states that each argument has its own history and category. It's specified in Part A, Chapter 4. And that includes for a point, let's say, which is a partier from the common history, category on the right. So it is specifically saying that you determine if that common history category usually includes a partier. So just think of it as a partier argument. And then we have subsection 7, which I think is significant, which says determine the diagram range in Part A, Chapter 5, that corresponds to the text level including the string category determined above. So bringing those conditions together, subsection 7 is your case. I think that it gives me a good position that the rule of the joint partier is separate from what we would technically call a partier or a variance. And that it modifies the diagram range itself. And that's the case that for that part, it's used as a part of the problem diagram range. But it modifies the diagram range itself. It seems that the nature of the reading of the future principles of the survey is going to be reduced to a minimum number of minutes. I just don't know how many people are going to be asking about the analysis of this paper. I think you have to see that this reason has been made by the surgeons. And the surgeons in the Chattanooga area have said that they are not going to modify the diagram range. And the area is that we're suing authorities and we're suing authorities that have been informed. And that entire extension between the cases is really an unconsiderable error tied to a constitutional problem. I don't know who will be in control of one of the cases that suits the rule of partition. Kind of going down in this situation, how does it affect the circumstance of one punishment? And what can we say about certain conduct of conduct in another medication? And in other circumstances, what? Well, I don't even want to go into this either. That's a really good point. I think you were talking about it quite a bit earlier, and it's just a general situation. So, you know, there's so many people that are suffering from trauma, and you don't really want to talk about it. Yeah, well, you know, I mean, it's hard to make sure that you bring back to steps of 80,000 plus new charges, and 75,000, 60,000, and so on and so forth. So, that's a pretty big number. Yeah, I think it's a big issue,   that there's anything that's going on. And I would say, you know, take courage and think about it in some circumstance. And if it's a situation where it's not a problem at all, then it is. You know, people are going to come out and want to know, and they're going to want to know. Yeah, I think it's a big issue, but I think also, you know, it's hard to kind of say that there's anything that's going on. I think there's nothing that's going on. One of the questions that I did in my hen's lab was, a cares issue, or the racing issue, of the availability of blankets, and so many years later, it was something that we used, that we used and we're willing to pay 20,000 U.S. d причes to be transferred for pumpkins. I'm kind of looking for more information. Well, I think the essential thing, is just to be aware of their constraints, their restrictions, and then how bearable things are in comparison. That's been a crucial sense of that My business is sincerely intelligent and primed on the Asian side, He gives these huge guidelines, or super says guidelines, on what you should do with the care of your pumpkin. He says steps, conversations, and trust, and values, and that bless and understanding, and it's important to understand the argument of why our society is substantial and humanity is essentially doomed because it consumes our seeds and our nation which is grown in our sense. So, because we've grown in our sense and values and in our sense and values we  to   our sense and values and in our sense and values and in our sense and values and in our sense and values and in in our sense and in our sense and values and values in our sense and in our sense and values and values and in in     and values and values and values and values and values and values and and and and and and and and   a a a a a a a a a a a and an
judges: Kleinfeld, Ikuta, Watford